UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

AUG 06 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ryan Springs.

(Enter above the Full name
of the Plaintiff or Plaintiffs in
this action)

VS.                    Case No:

Sargent Hawkins.          1:20-cv-04626
                          Presiding Judge Marvin E. Aspen
Officer Echeveriia.       Magistrate Judge Jeffrey I. Cummings
                          PC2
Officer Johnson.

Superintendent brown.

Mayor lori lightfoot.

Chicago Police Department.

united states Marshalls.

us marshall NORWICK.

(Enter above the full name of All

defendants in this action. Do not use "et al.")


CHECK ONE ONLY:

X      Complaint under the Civil Rights Act,
Title 42 Section 1983 U.S. code (state, county


Complaint under the Constitution ("Bivens"
Action), title 28 Section 1331 u.s. code (Federal
defendants)


other (cite statue, if known)

I. Plaintiff(s):

A. Name RYAN SPRINGS.

B. List all aliases: NONE

C. Prisoner Identification number: 20200618068

D. Place of present confinement Cook county Jail

E. ~~2000 So California AVE, 60608~~ P.O BOX 089002

Chicago, Il 60608

II. Defendant(s):

A. Sargent Hawkins, (Title) Area 4 property crime sargent.

B. Officer Echeveriia, Area 4 police officer.

C. office Johnson, Area 4 police officer.

D. Superintendent brown, chicago police superintendent.

E. Mayor lori lightfoot, Mayor of chicago.

F. chicago police Department, chicago police.

G. united states Marshalls, united states Marshall.

H. us Marshall Norwick, united states Marshall.

Place of employment

A. chicago police Department

B. chicago police Department

C. chicago police Department

D. chicago police Department

E. Daily center

F. chicago police Department

G. united states Marshalls office

H. united states Marshalls office

2

III. List All lawsuits you (and your co-plaintiff, if any)
have filed in any state or federal court in the
united states.

A. Name of case and docket number Springs vs schwarz.

B. 2015. Approximate date of filing lawsuit

C. List all plaintiffs (if you had co-plaintiffs). any aliases
NONE.

D. List all defendants: WEXFORD HEALTH, ILLINOIS Department
of corrections, Diane schwars, stateville illinois Dept
of corrections

E. court in which lawsuit was Filed. NORTHERN DISTRICT

F. Name of judge who case was assighned Sara Ellis

G. Basic claim made: civil Rights Deliberate Indiffrence

H. Disposition of this case. Settled

I. Approximate date of disposition 2017, 2019

3

# Statement of Claim

On June 17, 2020 approximately at 10:00AM.
I was leaving 2434 N California with 15,800 of US
currency from an settled lawsuit to open a Bank
Account.
a heavy Set man attempted to block my way towards
My truck. this man did not state credentials or
claim any Police Identification. once, I had a
Pistol aimed at me. I became frightened for
My life and my finances.

I was chased down California avenue
then down Altgeld and was Pinned down
by an "officer Sargent Hawkins", where eventually
More officers came and dog piled on top of
me, and arrested me. and I was not mirandarized

while down, I received multiple punches, kicks
all over My body while on the ground. I
was cuffed by my ankles and hands and
Picked up by several officers and slammed
back on the pavement. I felt my head
throbbing after being slammed and during
that, I briefly felt and seen officer
Echerveriia take my $15,800 of us currency
and also other Property.

I contenued to get Punched and kicked
while cuffed on the ground. my arms were
being forcibly streched outward while cuffed
which was incredibly Painful. I fett dizzy
and my face was vary hot and hurt.
Officer Echevriia grabbed my hair and slammed
my face into the concrete causing me to
bleed above my left eye brow. I fett
my vision get blurry which made me
vary scared and, I beleived. I would die
in that moment. I began screaming
irradically and, I quote " there going
to kill me" there going to kill me.
I distinctively remember Officer ~~Echevriia~~
Echevriia calling me names under his breath
I was assaulted by Sargent hawkins, US
Marshall Norwick, officer Echevriia, officer Johnson
and varius Police officers and US Marshalls.
by the time the Police cruiser arrived to
transport me my eye was Pounding and
blurry to see out of. my Jawbone was
throbbing as well with also Pain
through out my back. local logan square
residents came on the scene during
and after the assault and took Photos
and videos. I asked for medical attention
and was taken to St Anthonys hospital
where, I received medical attention and
also medication's cat scans and

3

was photographed for my bruises and wounds a nurse Mirana alerted me that my filling was knocked out of my mouth and referred me to a dentist appointment. I explained that my vision was distorted from it's original form so this too was for a follow up appointment.

I was later shipped to the jail then to cook county jail which made the follow up appointments impossible.

While in cook county jail I've visited the health care unit three times. I received 800mg Ibprofen and was told by nurses that my filling couldnt get taken care of while the corona virus Pandemic is on going. I received visine and erythromycin for my eye which has not worked or helped my eye condition I've been waiting to see the eye doctor for 30 days and am still feeling headaches and have lost some of my eyesight. I am not able to read with out straining to see.

Mr Brown is the Superintendent of the Chicago Police Department and his actions or in actions has caused me great bodily harm being the chief of Police of the Chicago Police Department. I was personally assaulted by Multiple Police officers and was Intimidated, threatned and beating by officers who did not state official dutys on the day of my arrest and officers under Mr Browns command caused me great bodily harm by neglecting to enforce Proper Protocals or Procedures in Police department which allowed Police officers to assault me. officers did not utilize Body cams when arresting me which assisted Police officers to assault me and take $15,800 of us currency from my Person.

this neglegence caused financial and great bodily harm and Mr brown and other officers Should be held in there official and individual capacity.

Mrs Lightfoot is the Mayor of Chicago and her actions or inactions has personally caused me great bodily harm by employing chicago police officers who directly assaulted me and failed to provide me safety and security and were police officers were more then capable of providing security for my well being but instead was deliberate and indiffrent to me. these actions or inactions were police officers displayed excessive force by assaulting me caused me great bodily harm which could have been preventable by the collegues of the aggressive officers but because of these officers inactions, I was assaulted by officers sworn to protect me.

I was assaulted by Sargent Hawkins, us Marshall Norwick, officer Echeveriia, officer Johnson and other police officers and us Marshalls I cannot name and that I was punched, kicked, slammed by these police officers.

and the us marshalls and police officers who did not directly participate in assaulting me but was present while, I was getting assaulted are deliberate and indiffrent to my safety and security.

6    I am requesting 9% for everyday that, I don't receive the $15,300 of US currency which was taken from me, by Officer Echeveriia.
I also was a union worker for seiu and a personal Assistant making $15 an hr and receiving 160 plus hrs monthly.

Im requesting $100,000. for my broken tooth in which my filling was knocked out of my mouth during the assault. And Pain and suffering while in cook county Jail there policy admits that no root canal or filling services will be permitted during the corona pandemic where, I have no options but to wait.

I would ask the court if proven successfully that I would be granted 7 million dollars for a serious Civil Rights violation and for excessive force, Deliberate Indiffrence. and 3 million for Punitive damages. and, I ask time to Amend.

The Plaintiff demands Trial ☒ YES    ☐ NO

## CERTIFICATION

By sighning this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and beleif. I understand that if this certification is not correct, I may be subject to sanctions by the court.

Sighned this **23rd** day of July 2020

Signature of Plaintiff

Print name    RYAN SPRINGS    ID # 20200618063

( COPY
written )

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☒ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Commissary | ☐ Public Library | ☐ Catholic |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Non-Denomination Christian |
| ☐ Board of Ed. (18-21 yrs) | ☐ Inmate Work Program | ☐ Baptist |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jewish |
| ☐ Release of Excess Cell Property | | ☐ Jehovah's Witness |
| ☐ Other | | |

### INMATE INFORMATION

INMATE NAME:
RYAN SPRINGS

DATE SUBMITTED:
7-14-2020

INMATE ID NUMBER:
20200618068

COURT DATE:
8-14-2020

DIVISION:
2 DORM 1 G house

LIVING UNIT:

INMATE SIGNATURE:

### INMATE REQUEST (PLEASE PRINT)

I wrote 6 to 11 grievances and have
only got call passes to medical but
havn't got anything done with my
tooth, and eye and there's no eye
doctor. Per nurses telling me

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE

(FCN-10)(JAN 18)

# DEPARTMENTO DE CORRECIONES
# DEL CONDADO DE COOK
# FORMULARIO DE SOLICITUD DE PRESO

## * * ELIJA UN (1) DE LOS SIGUIENTES SERVICIOS * *

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Sobre Estampado | ☐ Informacion De Parol | |
| ☐ Superintendente | ☐ Biblioteca Legal | ☐ Musulmances |
| ☐ Balance en su Cuenta | ☐ Biblioteca Publica | ☐ Catolicos |
| ☐ Junta de Educacion 18-21 anos de edad | ☐ Informacion Relacionada con su Correo | ☐ No Denominacion Cristiana |
| ☐ Preso Programa de Trabajo | ☐ Comisaria | ☐ Bautistas |
| ☐ Autorización de exceso de propiedad en la celda | ☐ Escuella (G.E.D.) mayor de 21 | ☐ Judios |
| ☐ Other | | ☐ Testigos de Jehova |

| | |
|---|---|
| **PRESO NOMBRE:** | **FECHA EN QUE FUE SOMETIDA :** |
| **PRESO NÚMERO DE IDENTIFICACIÓN** | **FECHA DE CORTE** |
| **DIVISION:** | **UNIDAD DE VIVIEDA:** |

**FIRMA DEL PRESO:**

## PRESO QUE SOLICITA (letra de molde)

## RESPUESTA DEL PERSONAL – PRESOS NO ESCRIBA EN ESTA SECCION

| **PERSONAL DE LA FIRMA:** | **PRESO FECHA DE RECEPCION DE RESPUESTA /SERVICIO:** |
|---|---|

(1 COPY
Written

## COOK COUNTY
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM

### CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | RELIGIOUS SERVICES |
|---|---|---|
| ☐ Write-Out | ☐ Law Library | |
| ☒ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Commissary | ☐ Public Library | ☐ Catholic |
| ☐ Trust Fund Balance | ☐ U.S. Mail information | ☐ Non-Denomination Christian |
| ☐ Board of Ed. (18-21 yrs) | ☐ Inmate Work Program | ☐ Baptist |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jewish |
| ☐ Release of Excess Cell Property | | ☐ Jehovah's Witness |
| ☐ Other | | |

### INMATE INFORMATION

INMATE NAME: RYAN SPRINGS
DATE SUBMITTED: 6-21-20

INMATE ID NUMBER: 20000618068
COURT DATE: 6-25-20

DIVISION: 5-2-H-19
LIVING UNIT:

INMATE SIGNATURE:

### INMATE REQUEST (PLEASE PRINT)

I've wrote grievances and Medical Sleeps and got advil I am Still getting headaches and my Jaw is Pounding My eye is Very blurry and I feel Vulnerable being around all these People

### STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPONSE/SERVICE

(FCN-10)(JAN 18)

# DEPARTMENTO DE CORRECIONES
## DEL CONDADO DE COOK
### FORMULARIO DE SOLICITUD DE PRESO

**\* \* ELIJA UN (1) DE LOS SIGUIENTES SERVICIOS \* \***

| | | **RELIGIOUS SERVICES** |
|---|---|---|
| ☐ Sobre Estampado | ☐ Informacion De Parol | |
| ☐ Superintendente | ☐ Biblioteca Legal | ☐ Musulmances |
| ☐ Balance en su Cuenta | ☐ Biblioteca Publica | ☐ Catolicos |
| ☐ Junta de Educacion 18-21 anos de edad | ☐ Informacion Relacionada con su Correo | ☐ No Denominacion Cristiana |
| ☐ Preso Programa de Trabajo | ☐ Comisaria | ☐ Bautistas |
| ☐ Autorización de exceso de propiedad en la celda | ☐ Escuella (G.E.D.) mayor de 21 | ☐ Judios |
| ☐ Other | | ☐ Testigos de Jehova |

**PRESO NOMBRE:**

**FECHA EN QUE FUE SOMETIDA :**

**PRESO NÚMERO DE IDENTIFICACIÓN**

**FECHA DE CORTE**

**DIVISION:**

**UNIDAD DE VIVIEDA:**

**FIRMA DEL PRESO:**

---

**PRESO QUE SOLICITA (letra de molde)**

---

**RESPUESTA DEL PERSONAL – PRESOS NO ESCRIBA EN ESTA SECCION**

---

**PERSONAL DE LA FIRMA:**

**PRESO FECHA DE RECEPCION DE RESPUESTA /SERVICIO:**

(Written Printed copy)



**NON-EMERGENCY**
**HEALTH <u>PHONE CALL</u> REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

TIME STAMP WHEN RECEIVED IN DISPENSARY

**TODAY'S DATE:** 6/18/20   **LAST NAME:** SPRINGS   **FIRST NAME:** RYAN

**CCDOC #:** 20200618068   **DIVISION/TIER:** 5/2/H/18   **DATE OF BIRTH:** 9/9/88

| I WOULD LIKE TO TALK TO SOMEONE FROM THE **HEALTHCARE** TEAM ABOUT: | **DENTAL** |
|---|---|
| Yesterday I got beat up by Several officers I went to St Anothnys but they shipped me here. My eye is Panding I cant see that well and my Jaw and side of my Face is hurting My tooths filling got Knocked out I need help | **ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME.** **BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC.** ☐ My tooth is loose  ☒ My face is swollen  ☐ I can't open my mouth |

**I WOULD LIKE TO TALK TO SOMEONE ON THE <u>MENTAL HEALTH</u> TEAM ABOUT:**

_____

_____

**MEDICATIONS**

☐ I want a refill of my prescribed medication(s)     ☐ I am NOT getting my prescribed medication(s)

Name of Medication(s):

_____

_____

_____

May 2020

(printed copy)



**NON-EMERGENCY**
**HEALTH PHONE CALL REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

TIME STAMP WHEN
PC IS ARRIVED IN
DISPENSARY

**TODAY'S DATE:** 6/30/20    **LAST NAME:** SPRINGS    **FIRST NAME:** Ryan

**CCDOC #:** 2020 0618068    **DIVISION/TIER:** 5/H/2/19    **DATE OF BIRTH:** 9/9/88

| I WOULD LIKE TO TALK TO SOMEONE FROM THE **HEALTHCARE** TEAM ABOUT: | **DENTAL** |
|---|---|
| My jaw is throbbing and my nerves inside my tooth are exposed Please help me the Pain is unbearable and I cant remove food out of the hole my filling was knocked out Please help me the advils do not work at all !!! | **ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME.** <br><br> **BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC.** <br><br> ☐ My tooth is loose <br> ☐ My face is swollen <br> ☐ I can't open my mouth |

**I WOULD LIKE TO TALK TO SOMEONE ON THE MENTAL HEALTH TEAM ABOUT:**

_____

_____

**MEDICATIONS**

☐ I want a refill of my prescribed medication(s)      ☐ I am NOT getting my prescribed medication(s)

Name of Medication(s):

_____

_____

_____

May 2020

(PRINTED COPY) *written*



**NON-EMERGENCY**
**HEALTH <u>PHONE CALL</u> REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

TODAY'S DATE: 7-6-20   LAST NAME: SPRINGS   FIRST NAME: RyAN

CCDOC #: 20200618068   DIVISION/TIER: 2 DoRM 1 G   DATE OF BIRTH: 9/9/88

| I WOULD LIKE TO TALK TO SOMEONE FROM THE <u>HEALTHCARE</u> TEAM ABOUT: | <u>DENTAL</u> |
|---|---|
| my head has been Pounding from getting assaulted my Jaw is hurting My Filling was Knocked out by Police officers and Ive been in Pain my eye is vary blurry and I am scared Please help. | <u>ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME.</u> BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC. ☐ My tooth is loose ☐ My face is swollen ☐ I can't open my mouth |

**I WOULD LIKE TO TALK TO SOMEONE ON THE <u>MENTAL HEALTH</u> TEAM ABOUT:**

**MEDICATIONS**

☐ I want a refill of my prescribed medication(s)    ☐ I am NOT getting my prescribed medication(s)

Name of Medication(s):

May 2020

(Printed Copy) *written*



**NON-EMERGENCY**
**HEALTH PHONE CALL REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

*TIME STAMP WHEN RC IS RECEIVED IF NECESSARY*

TODAY'S DATE: 7-18-20   LAST NAME: SPRINGS   FIRST NAME: Ryan

CCDOC #: 20200618068   DIVISION/TIER: 2 Dorm 1 G   DATE OF BIRTH: 9/9/88

| I WOULD LIKE TO TALK TO SOMEONE FROM THE **HEALTHCARE** TEAM ABOUT: | **DENTAL** |
|---|---|
| I've been Placed on waiting list to see eye doctor a month ago I've received visine and 800 mg Ibprofen but I am still feeling headaches and I've lost vision in my right eye and also my filling came out my mouth and Jaw hurts Please help | **ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME.**<br><br>**BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC.**<br><br>☐ My tooth is loose<br>☐ My face is swollen<br>☐ I can't open my mouth |

**I WOULD LIKE TO TALK TO SOMEONE ON THE MENTAL HEALTH TEAM ABOUT:**

_____

_____

**MEDICATIONS**

☒ I want a refill of my prescribed medication(s)   ☐ I am NOT getting my prescribed medication(s)

Name of Medication(s):

Visine, Erythromycin ophthalmic ointment USP
I need Stronger Medications Please

May 2020

(project copy) Letter to Springfeild

6-20-20    Members of the Springfeild Prisoner reveiw Administration.

My name is Ryan Springs, I was violated June 18 2020 by police officers. were, I was assaulted by my girlfriends home by Sargent Hawkins, officer Echereriia, officer Johnson, us marshall Norwick and varius unamed police officers and us marshalls Im unable to name.

I received multiple punches, kicks. to my body I went to St Anothys hospital at my request and received some medical attention and was referred for Dentist work and also an eye doctor but was shipped to cook county jail the next day I was rushed through Processing and I was told to write request slips to medical and I received some pain medications but my eye is still blurry and my jaw is still hurting My nerves from the filling in my tooth was Knocked out and I have food in my tooth from since June, 18, 2020 Ive been getting told from people I have shit breathe refering to the hole in my mouth causing bad smell and the constant remarks has been making me real Angry and upset and sad Ive been waiting for the eye doctor but the nurse Practitioner has said nobody will see the eye doctor til next year

I've been receiving 800 mg of Iboprofen but there not helping the Pain as It did the first few days. I cant chew my food with out it hurting Me. also opening my mouth when the cold air blows above my bunk is intaganizing. and just being the class clown where Im constantly getting verbally assaulted doesnt help. I try to brush my teeth but the products are not effective so I try to stay to myself.

I ask that you Please help me with my delema I need better Medical Attention
Sincerely

June/20/2020 Ryan Springs 20200618068
Cook county Jail, P.O Box 089002
Chicago, Il 60623
also Ive wrote several grievances but they are always sent to medical for there own ~~oppion~~ oppinion nothing is being done at all

(Printed copy)
written

6-21-20

Members of the Springfeild Prisoner
reveiw bord Administration.

'it's been braught to my attention that, I
have been fileing grievances that are out
of your discretion Per cook countys social
worker's visit.

I was assaulted on my arrest day by
Multiple Police officers.
I've grived about dental and eye damages
were my filling inside my tooth was knocked
out and also my eye's vision in my
left eye is blurry. and, I am feeling
repeat headaches and have been waiting
to see the EYE Doctor and may have
a dental appointment but the wait
has been unbearable my jaw is killing
me and Im scared of being around
people straining to see out of my left
eye because Im Incarcerated I have
no options but to wait and grieve
the Issue's which Im being told is
out of IDOC, springfeilds Jurisdiction.
I ask for help.

Sincerely
Ryan Springs 2020 0618 068
Cook county Jail, P.O. Box 089002
Chicago Il 60623

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 068 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    *(! Para ser llenado solo por el personal de Inmate Services !)*

☑ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: SPRINGS | PRINT - FIRST NAME *(Primer Nombre)*: RYAN | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2020 0618 068 |
|---|---|---|
| DIVISION *(División)*: 5 | LIVING UNIT *(Unidad)*: 1-19 | DATE *(Fecha)*: 6/18/20 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| June 17, 2020 | early hrs | 2442 w. hil | arresting officer |

I got My head bounced off concrete and was beaten all over My body from several officers during the arrest a Paticular officer knocked Me so hard a filling came out My Mouth Ive felt nothen but Pain on My whole left side of My Face and My eye vision is blurry

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (**WHITE COPY** – INMATE SERVICES)    (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)

(2)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 068 |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| SPRINGS | RYAN | 068 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 5 | H - 19 | 6/19/20 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance issue must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dadá en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

*my wounds are getting infected*

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| June, 17 2020 | early half 7AM - 11AM | 2442 California | Several police officers |

I got beat up by Police on my arrest day while goin to St Anthony's, nurse M/rana seed my filling missing on Top left side of mouth all pictures were taken at St Anthonys. since being in Cook county jail my whole left side of my face been hurting and my left eye blurry I put in 2 sick calls with no response

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(**NOV 17**)   (**WHITE COPY** – INMATE SERVICES)   (**YELLOW COPY** – CRW/PLATOON COUNSELOR)   (**PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| SPRINGS | RYAN | 2020061806S |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 5 | 2-H | 6/21/20 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

I have a shedled appointment from St Anthony's regarding Dental care I have no way of making those arrangement incarcerated also my eye has been blurry for four days and the nurse says there is no eye doctor due to covid outbreak I feel very uncomfortable with no solution about this delema

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(**NOV 17**)     (**WHITE COPY** – INMATE SERVICES) (**YELLOW COPY** – CRW/PLATOON COUNSELOR)     (**PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

(4)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☒ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| SPRINGS | RYAN | 20200618 068 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 5-H32-19 | | 6/30/2020 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| June 17 | approximately 10:00 AM | 2400 N california | Chicago Police Department United States Marshalls |

I've been writing to see eye doctor my vision in my left eye has not gotten better with visine and Erythromycin ophthalmic ointment and I'm still getting mild headaches I was assaulted by multiple police officers June 17th the day of my arrest. Please help.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17) (**WHITE COPY** – INMATE SERVICES) (**YELLOW COPY** – CRW/PLATOON COUNSELOR) (**PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 068 |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| SPRINGS | RYAN | 20200618068 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 2 Dorm 1 Ghouse | Ghouse | 7-16-20 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo limite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 6-17-20 | approximately 1030 AM | 2442 California | arresting officers |

I was assaulted by Police officers June, 17, 2020 I went to St Anthonys hospital I was referred that day for additional medical attention. I came to cook county and have only received Ibproten, visine my headaches are still bad and I lost my vision in my eye still have back pain still I need help Please and thank you

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)    (**WHITE COPY** – INMATE SERVICES)    (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 068 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☐ Other:

PRINT - INMATE LAST NAME *(Apellido del Preso):* SPRINGS
PRINT - FIRST NAME *(Primer Nombre):* RYAN
INMATE BOOKING NUMBER *(# de identificación del Preso)* 2020061806058

DIVISION *(División):* 2 Dorm 16 house
LIVING UNIT *(Unidad):* 6 house
DATE *(Fecha):* 7-16-20

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

[guidelines text in English and Spanish]

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Approximately 6-19-2020 | Morning hours | 5-2 FF 049 gas | Medical nurse Tempractitioner county Jail |

I lost vision in my eye after being assaulted by police officers, I went to medical, and was told that I would see an eye doctors, I reseived Nasony and eointment but nothen has work for 30 days and I ran out I need to see an eye doctor soon as possible my vision is toturlly disturted help me

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE: *(Firma del Preso):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Ryan Springs 20200618068
Cook County Jail
P.O. Box 89002
Chicago, Il 60623

   

2020 AUG -6 AM 11:28

1:20-cv-04626
Presiding Judge Marvin E. Aspen
Magistrate Judge Jeffrey I. Cummings
PC2

08/06/2020-2

United States District Court,
219 S. Dearborn Street, 20th floor.
Chicago, Illinois 60604.

[ LEGAL
MAIL ]